UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 24412
    MICHAEL F BURKE
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-8086


-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
      The case was filed on 06/20/2005 and was confirmed 08/01/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  22.44% from remaining funds.

      The case was paid in full 10/30/2008.
-------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| HARRIS NA | SECURED | 5425.00 | 350.98 | 5425.00 |
| HARRIS NA | UNSECURED | 345.47 | .00 | 77.39 |
| OXFORD BANK & TRUST | CURRENT MORTG | .00 | .00 | .00 |
| SCHOTTLER & ZUKOSKY | PRIORITY | NOT FILED | .00 | .00 |
| BANK OF AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | 2401.20 | .00 | 538.71 |
| CITI CARD | UNSECURED | NOT FILED | .00 | .00 |
| CITI CARD | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER FINANCIAL SERVI | UNSECURED | 7882.19 | .00 | 1768.37 |
| RESURGENT ACQUISITION LL | UNSECURED | 3253.78 | .00 | 729.99 |
| ECAST SETTLEMENT CORP | UNSECURED | 14888.74 | .00 | 3340.29 |
| WAL MART STORES INC | UNSECURED | NOT FILED | .00 | .00 |
| *SCHOTTLER & ZUKOSKY | DEBTOR ATTY | 1,894.00 | | 1,894.00 |
| TOM VAUGHN | TRUSTEE | | | 875.27 |
| DEBTOR REFUND | REFUND | | | 375.00 |

         Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------

|  | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 15,375.00 | |
| PRIORITY | | .00 |
| SECURED | | 5,425.00 |
|    INTEREST | | 350.98 |
| UNSECURED | | 6,454.75 |
| ADMINISTRATIVE | | 1,894.00 |
| TRUSTEE COMPENSATION | | 875.27 |
| DEBTOR REFUND | | 375.00 |
| TOTALS | 15,375.00 | 15,375.00 |

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 24412 MICHAEL F BURKE

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
Dated: 01/27/09                    _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE












                          PAGE   2
        CASE NO. 05 B 24412 MICHAEL F BURKE